UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff         )      1:05-CR-286 AWI
                               )
     v.                        )
                               )
JUVENAL GODINEZ,               )
                               )
             Defendant         )      ORDER FOR IMMEDIATE RELEASE
_____)
```

The defendant having been readmitted to a term of supervised release with the added condition of home confinement when directed by the probation officer,

IT IS ORDERED that the defendant be released from the custody of the United States Marshal.

Dated: October 2, 2006        /s/ Anthony W. Ishii
                              _____
                              Anthony W. Ishii
                              United States District Judge

1