IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiffs, ) | No. CR-05-286-AWI |
| ) vs. ) | ORDER OF RELEASE |
| ) Juvenal Godinez, ) | |
| ) Defendant. ) | |

The above named defendant having been sentenced to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   October 2, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                                  UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm

1