# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA
v.
**JUVENAL GODINEZ**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:05CR00286-002**

S. Mensel
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) One and Two as alleged in the violation petition filed on August 01, 2006.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | Failure to Participate in Drug Testing | March 29, 2006 |
| Charge Two | Failure to Report to the Probation Officer as directed | July 05, 2006 |

The court: [ ] revokes: [✔] modifies: [✔] continues under same conditions of supervision heretofore ordered on  March 17, 2006 .

The releasee shall comply with the conditions of home detention for a period of 90 consecutive days to commence when directed by the probation office.  During this time, the releasee will remain at place of residence except for employment and other activities approved in advance by the releasee's probation officer.  The releasee will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

At the discretion of the probation officer, the releasee shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer.  The releasee shall pay the cost of electronic monitoring as determined by the probation officer.

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s)  __  is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| | 10/2/2006 |
| | Date of Imposition of Sentence |
| | |
| | /s/Anthony W. Ishii |
| | Signature of Judicial Officer |
| | |
| | **ANTHONY W. ISHII**, United States District Judge |
| | Name & Title of Judicial Officer |
| | |
| | 11/1/06 |
| | Date |