```
 1  JOHN F. GARLAND   #117554
    Attorney at Law
 2  1713 Tulare Street, Suite 221
    Fresno, California 93721
 3
    Telephone: (559) 497-6132
 4
    Attorney for Defendant,
 5  JUVENAL GODINEZ

 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1: 05-CR-00286 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | AND ORDER THEREON |
| | ) | |
| JUVENAL GODINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant, JUVENAL GODINES, through his counsel, John F. Garland, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and David L. Gappa, Assistant United States Attorney, hereby stipulate to continue the defendant's status conference from May 21, 2007 to **May 29, 2007** at **9:00 a.m.**  This continuance is necessary to allow the parties additional time to exchange discovery and to investigate matters relating to the alleged violation of supervised release.

Dated: May 17, 2007                                                                  /s/ John F. Garland
                                                                                                JOHN F. GARLAND
                                                                                            Attorney for Defendant

Dated: May 17, 2007                                                                   McGregor W. Scott
                                                                                              United States Attorney


                                                                                                /s/ David L. Gappa
                                                                                            By: DAVID L. GAPPA
                                                                                              Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the status conference for defendant JUVENAL GODINEZ is continued to May 29, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 18, 2007**                              **/s/ Anthony W. Ishii**
                                                 UNITED STATES DISTRICT JUDGE