```
 1 | JOHN F. GARLAND  #117554
   | Attorney at Law
 2 | 1713 Tulare Street, Suite 221
   | Fresno, California 93721
 3 |
   | Telephone: (559) 497-6132
 4 |
   | Attorney for Defendant,
 5 | JUVENAL GODINEZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1: 05-CR-00286 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
|  | ) | STATUS CONFERENCE |
| v. | ) | AND ORDER THEREON |
|  | ) |  |
| JUVENAL GODINEZ, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

The defendant, JUVENAL GODINES, through his counsel, John F. Garland, and the United States of America, through its counsel, McGregor W. Scott, United States Attorney and David L. Gappa, Assistant United States Attorney, hereby stipulate to continue the defendant's status conference from May 21, 2007 to **May 29, 2007** at **9:00 a.m.** This continuance is necessary to allow the parties additional time to exchange discovery and to investigate matters relating to the alleged violation of supervised release.

Dated: May 17, 2007

   /s/ John F. Garland  
JOHN F. GARLAND  
Attorney for Defendant

Dated: May 17, 2007

McGregor W. Scott  
United States Attorney

   /s/ David L. Gappa  
By: DAVID L. GAPPA  
Assistant U.S. Attorney

1

ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference for defendant JUVENAL GODINEZ is continued to May 29, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 18, 2007**                               /s/ Anthony W. Ishii
                                                                    UNITED STATES DISTRICT JUDGE